IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 13-05014-01-CR-SW-BP |
| TIMOTHY CURLESS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on review of the Psychiatric Evaluation, (Doc. 70), prepared pursuant to Order of the Court, (Doc. 66), and the Government's Motion for Psychiatric Examination of the Defendant, (Doc. 65). United States Magistrate Judge David P. Rush has recommended that this Court enter an Order finding Defendant is mentally competent to stand trial. (Doc. 74.) No objections were filed by the parties.

After an independent and careful review, the Court **ADOPTS** Judge Rush's Report and Recommendation, (Doc. 74). Accordingly, the Court finds Defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

**IT IS SO ORDERED.**

/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: 8/31/2015